```
                IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE NORTHERN DISTRICT OF ILLINOIS
                           EASTERN DIVISION
```

IN RE: JOSEPH G. & MICHELLE L. ZAMBOLE    )
                                          )
Wells Fargo Bank, N.A.,                   )
           Creditor,                      )
                                          )
    vs.                                   ) CASE NO. 07B08291
                                          ) JUDGE Manuel Barbosa
JOSEPH G. & MICHELLE L. ZAMBOLE,          )
           Debtors                        )

### RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE

Now comes Wells Fargo Bank, N.A., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The following is an itemization of the amounts due on the loan as of March 23, 2012:

    a. Attorney's Fees              $50.00

    The loan is current. Wells Fargo Bank, N.A. agrees with Trustee letter.

    Total                           $50.00

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice Wells Fargo Bank, N.A. rights to collect these amounts will be unaffected.

Respectfully Submitted,
Wells Fargo Bank, N.A.

/s/Christopher M. Brown
Christopher M. Brown
ARDC#6271138
Pierce and Associates, P.C.
1 North Dearborn
Suite 1300
Chicago, Illinois 60602
(312)346-9088